254 F.2d 609
 Alvin Darcy BOOTH
v.
C. H. LOONEY, Warden United States Penitentiary, Leavenworth, Kansas.
 No. 5765.
 United States Court of Appeals Tenth Circuit.
 March 12, 1958.
 
 Appeal from the United States District Court for the District of Kansas.
 William C. Farmer, U.S. Atty., Topeka, Kan., and Milton P. Beach, Asst. U.S. Atty., Kansas City., Kan., for appellee.
 Before PICKETT, LEWIS and BREITENSTEIN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion.